UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HUONG HOANG, an individual,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>IMDB.COM INC, a Delaware corporation,<br><br>    Defendant - Appellee. | No. 13-35390<br><br>D.C. No. 2:11-cv-01709-MJP<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered March 27, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk